IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                              NO. 05-20056-Ma

DARRICK JONES,

    Defendant.

---

ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS

---

    Before the court is defendant's November 8, 2005, motion to modify the conditions of his bond. Counsel for the government does not object to the motion. For good cause shown, the motion is granted. Defendant Darrick Jones's bond is modified to allow the defendant to travel from the Western District of Tennessee to Olive Branch, Mississippi, in the Northern District of Mississippi, in connection with his employment.

    It is so ORDERED this 16th day of November, 2005.

                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 501 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT