IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                CR. NO. 05-20056-Ma

DARRICK JONES,

    Defendant.

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

Before the court is defendant's December 20, 2005, unopposed motion requesting continuance of the report date set December 23, 2005. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to February 6, 2006, at 9:30 a.m. with a report date of January 27, 2006, at 2:00 p.m.

The period through February 17, 2006, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 21st day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 605 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT